CASREF

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:14−mc−00551−ESH−AK

IN RE: RULE 45 SUBPOENAS
Assigned to: Judge Ellen S. Huvelle
Referred to: Magistrate Judge Alan Kay
Case in other court:  USDC for the Southern District of New York, 1:13−cv−06326
Cause: Motion to Quash Subpoenas

Date Filed: 05/22/2014
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**In Re**

**RULE 45 SUBPOENAS**

**Non−Party Petitioner**

**HERMITAGE GLOBAL PARTNERS LP**    represented by **Paul F. Enzinna**
BROWN RUDNICK, LLP
601 13th Street, NW
Suite 600
Washington, DC 20005
(202) 536−1732
Fax: (617) 289−0512
Email: penzinna@brownrudnick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Non−Party Petitioner**

**WILLIAM BROWDER**
*DIRECTOR OF HERMITAGE GLOBAL PARTNERS LP*
   represented by **Paul F. Enzinna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**UNITED STATES OF AMERICA**    represented by **Micah William Janso Smith**
U.S. ATTORNEY'S OFFICE
South District of New York
1 St. Andrew's Plaza
New York, NY 10007
(212) 637−2439
Email: micah.smith@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PREVEZON HOLDINGS LTD.**    represented by **Kyle Aaron Clark**
BAKER BOTTS, LLP
The Warner Building
1299 Pennsylvania Avenue, NW
Suite 1300
Washington, DC 20004−2400
(202) 639−1320
Fax: (202) 585−1034
Email: kyle.clark@bakerbotts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vernon Anthony Andrew Cassin , III**

> BAKER BOTTS, LLP
> The Warner Building
> 1299 Pennsylvania Avenue, NW
> Suite 1300
> Washington, DC 20004–2400
> (202) 639–7700
> Fax: (202) 508–9321
> Email: vernon.cassin@bakerbotts.com
> *LEAD ATTORNEY*
> *ATTORNEY TO BE NOTICED*

**Defendant**

**PREVEZON ALEXANDER, LLC**  represented by  **Kyle Aaron Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vernon Anthony Andrew Cassin , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PREVEZON SOHO USA, LLC**  represented by  **Kyle Aaron Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vernon Anthony Andrew Cassin , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PREVEZON SEVEN USA, LLC**  represented by  **Kyle Aaron Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vernon Anthony Andrew Cassin , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PREVEZON PINE USA, LLC**  represented by  **Kyle Aaron Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vernon Anthony Andrew Cassin , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PREVEZON 1711 USA, LLC**  represented by  **Kyle Aaron Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vernon Anthony Andrew Cassin , III**

        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**PREVEZON 181 0, LLC**     represented by     **Kyle Aaron Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Vernon Anthony Andrew Cassin , III**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**PREVEZON 2009 USA, LLC**     represented by     **Kyle Aaron Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Vernon Anthony Andrew Cassin , III**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**PREVEZON 2011 USA, LLC**     represented by     **Kyle Aaron Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Vernon Anthony Andrew Cassin , III**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**FERENCOI INVESTMENTS, LTD.**

**Defendant**

**KOLEVINS, LTD.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2014 | 1 | MOTION to Quash DEPOSITION SUBPOENAS AND TO A WARD FEES by WILLIAM BROWDER, HERMITAGE GLOBAL PARTNERS LP (Attachments: # 1 Memorandum in Support, # 2 Exhibit A to Hermitage Global Memo of Law in support of Motion to Quash, # 3 Exhibit B to Hermitage Global Memo of Law in support of Motion to Quash, # 4 Exhibit C to Hermitage Global Memo of Law in Support of Motion to Quash, # 5 Certificate of Service, # 6 Text of Proposed Order)(rdj). (Entered: 05/27/2014) |
| 05/22/2014 | | Filing fee: re 1 $ 46.00, receipt number 4616063894 (rdj) (Entered: 05/27/2014) |
| 05/22/2014 | 2 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by WILLIAM BROWDER, HERMITAGE GLOBAL PARTNERS LP (rdj) (Entered: 05/27/2014) |
| 05/22/2014 | 3 | NOTICE OF RELATED CASE by WILLIAM BROWDER, HERMITAGE GLOBAL PARTNERS LP. Case related to Case in USDC for the Southern District of New York. (rdj) (Entered: 05/27/2014) |

| | | |
|---|---|---|
| 05/22/2014 | 4 | MOTION to Compel by PREVEZON 1711 USA, LLC, PREVEZON 181 0, LLC, PREVEZON 2009 USA, LLC, PREVEZON 2011 USA, LLC, PREVEZON ALEXANDER, LLC, PREVEZON HOLDINGS LTD., PREVEZON PINE USA, LLC, PREVEZON SEVEN USA, LLC, PREVEZON SOHO USA, LLC (Attachments: # 1 Memorandum in Support, # 2 Declaration of Seth Taube, # 3 Exhibit Part 1 of 13, # 4 Exhibit Part 2 of 13, # 5 Exhibit Part 3 of 13, # 6 Exhibit Part 4 of 13, # 7 Exhibit Part 5 of 13, # 8 Exhibit Part 6 of 13, # 9 Exhibit Part 7 of 13, # 10 Exhibit Part 8 of 13, # 11 Exhibit Part 9 of 13, # 12 Exhibit Part 10 of 13, # 13 Exhibit Part 11 of 13, # 14 Exhibit Part 12 of 13, # 15 Exhibit Part 13 of 13, # 16 Text of Proposed Order)(td, ) (Entered: 05/28/2014) |
| 05/22/2014 | 5 | MOTION to transfer subpoena–related motions to the U.S. District Court for the Southern District of New York by PREVEZON 1711 USA, LLC, PREVEZON 181 0, LLC, PREVEZON 2009 USA, LLC, PREVEZON 2011 USA, LLC, PREVEZON ALEXANDER, LLC, PREVEZON HOLDINGS LTD., PREVEZON PINE USA, LLC, PREVEZON SEVEN USA, LLC, PREVEZON SOHO USA, LLC (Attachments: # 1 Memorandum in Support, # 2 Declaration Seth Taube, # 3 Exhibit, # 4 Text of Proposed Order)(td, ) (Entered: 05/28/2014) |
| 05/22/2014 | 6 | NOTICE of Appearance by Kyle Aaron Clark on behalf of PREVEZON 1711 USA, LLC, PREVEZON 181 0, LLC, PREVEZON 2009 USA, LLC, PREVEZON 2011 USA, LLC, PREVEZON ALEXANDER, LLC, PREVEZON HOLDINGS LTD., PREVEZON PINE USA, LLC, PREVEZON SEVEN USA, LLC, PREVEZON SOHO USA, LLC (td, ) (Entered: 05/28/2014) |
| 05/22/2014 | 7 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by PREVEZON 1711 USA, LLC, PREVEZON 181 0, LLC, PREVEZON 2009 USA, LLC, PREVEZON 2011 USA, LLC, PREVEZON PINE USA, LLC, PREVEZON SEVEN USA, LLC, PREVEZON SOHO USA, LLC identifying Corporate Parent PREVEZON HOLDINGS LTD for PREVEZON 1711 USA, LLC, PREVEZON 181 0, LLC, PREVEZON 2009 USA, LLC, PREVEZON 2011 USA, LLC, PREVEZON PINE USA, LLC, PREVEZON SEVEN USA, LLC, PREVEZON SOHO USA, LLC. (td, ) (Entered: 05/28/2014) |
| 05/22/2014 | 8 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by PREVEZON HOLDINGS LTD. identifying Corporate Parent NONE for PREVEZON HOLDINGS LTD.. (td, ) (Entered: 05/28/2014) |
| 05/22/2014 | 9 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by PREVEZON ALEXANDER, LLC identifying Corporate Parent PREVEZON HOLDINGS LTD for PREVEZON ALEXANDER, LLC. (td, ) (Entered: 05/28/2014) |
| 05/27/2014 | | MINUTE ORDER REFERRING CASE to a Magistrate Judge: Pursuant to Local Civil Rules 72.1(b)(7) and 72.2(a), it is hereby ORDERED that this matter is referred to United States Magistrate Judge Alan Kay for determination. On any filing related to this matter, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of the assigned Magistrate Judge following the case number in the caption. SO ORDERED. Signed by Judge Ellen S. Huvelle on May 27, 2014. (AG) (Entered: 05/27/2014) |
| 05/27/2014 | 11 | CASE DIRECTLY REFERRED to Magistrate Judge Alan Kay for determination pursuant to Local Civil Rules 72.1(b)(7) and 72.2(a). (kb) (Entered: 06/05/2014) |
| 05/30/2014 | 10 | MOTION for Extension of Time to /Consent Motion for Enlargement of Time to Oppose Motions Filed on May 22, 2014 by HERMITAGE GLOBAL PARTNERS LP (Attachments: # 1 Text of Proposed Order Proposed Order)(Enzinna, Paul) (Entered: 05/30/2014) |
| 06/05/2014 | | MINUTE ORDER granting 10 Consent Motion for Extension of Time to File Oppositions to the motions filed on May 22, 2014. Hermitage Global shall file its opposition to the motion to compel and motion to transfer by June 10, 2014. The SDNY Defendants shall file their opposition to the motion to quash by June 10, 2014. All replies are due by June 20, 2014. Signed by Magistrate Judge Alan Kay on 06/05/14. (DM) (Entered: 06/05/2014) |

| 06/05/2014 | | Set/Reset Deadlines : Responses in Opposition to Motions due by 6/10/14; Replies due by 6/20/14. (kk) (Entered: 06/05/2014) |
|---|---|---|
| 06/05/2014 | | Set/Reset Deadlines/Hearings: Hermitage Global responses to 4 and 5 due by 6/10/2014. SDNY Defendants response to 1 due by 6/10/2014. Replies due by 6/20/2014. (cdw) (Entered: 06/06/2014) |
| 06/10/2014 | 12 | Memorandum in opposition to re 1 MOTION to Quash filed by PREVEZON 1711 USA, LLC, PREVEZON 181 0, LLC, PREVEZON 2009 USA, LLC, PREVEZON 2011 USA, LLC, PREVEZON ALEXANDER, LLC, PREVEZON HOLDINGS LTD., PREVEZON PINE USA, LLC, PREVEZON SEVEN USA, LLC, PREVEZON SOHO USA, LLC. (Attachments: # 1 Declaration of Seth Taube in Support of Opposition to Motion of Non–Party Hermitage Global Partners LP's to Quash, # 2 Text of Proposed Order)(Clark, Kyle) (Entered: 06/10/2014) |
| 06/10/2014 | 13 | Memorandum in opposition to re 5 MOTION to transfer subpoena–related motions to the U.S. District Court for the Southern District of New York filed by HERMITAGE GLOBAL PARTNERS LP. (Attachments: # 1 Text of Proposed Order)(Enzinna, Paul) . (Entered: 06/10/2014) |
| 06/10/2014 | 14 | MOTION to Quash by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A, # 2 Notice to Counsel/Party, # 3 Text of Proposed Order)(Smith, Micah) (Entered: 06/10/2014) |
| 06/10/2014 | 15 | Memorandum in opposition to re 4 MOTION to Compel filed by HERMITAGE GLOBAL PARTNERS LP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Text of Proposed Order)(Enzinna, Paul) (Entered: 06/10/2014) |
| 06/16/2014 | 16 | Consent MOTION for Extension of Time to *Reply to Oppositions and to Respond to Motion Filed on June 10, 2014* by PREVEZON 1711 USA, LLC, PREVEZON 181 0, LLC, PREVEZON 2009 USA, LLC, PREVEZON 2011 USA, LLC, PREVEZON ALEXANDER, LLC, PREVEZON HOLDINGS LTD., PREVEZON PINE USA, LLC, PREVEZON SEVEN USA, LLC, PREVEZON SOHO USA, LLC (Attachments: # 1 Text of Proposed Order)(Clark, Kyle) (Entered: 06/16/2014) |
| 06/18/2014 | 17 | ORDER granting 16 Defendants' Consent Motion for Extension of Time to Reply to Oppositions and to Respond to Motion Filed on 6/10/14 : Defendants' Reply to Opposition by Petitioners HERMITAGE GLOBAL PARTNERS and WILLIAM BROWDER to Defendants' Motion to Compel 4 due by 6/27/14; Defendants' Response in Opposition to Motion by Plaintiff USA to Quash in Part 14 due by 6/27/14; Reply by Petitioners HERMITAGE GLOBAL PARTNERS and WILLIAM BROWDER to Defendants' Response in Opposition to Petitioners' Motion to Quash 1 due by 6/27/14; Reply by Plaintiff USA to Defendants' Response in Opposition to Plaintiff's Motion to Quash in Part 14 due by 7/11/14; signed by Magistrate Judge Alan Kay on 6/17/14. (kk) (Entered: 06/18/2014) |
| 06/20/2014 | 18 | REPLY to opposition to motion re 5 MOTION for Order *to Transfer Subpoena–Related Motions to the U.S. District Court for the Southern District of New York* filed by PREVEZON 1711 USA, LLC, PREVEZON 181 0, LLC, PREVEZON 2009 USA, LLC, PREVEZON 2011 USA, LLC, PREVEZON ALEXANDER, LLC, PREVEZON HOLDINGS LTD., PREVEZON PINE USA, LLC, PREVEZON SEVEN USA, LLC, PREVEZON SOHO USA, LLC. (Clark, Kyle) (Entered: 06/20/2014) |
| 06/23/2014 | 19 | NOTICE *of Address of Party as Per LCvR 11.1* by HERMITAGE GLOBAL PARTNERS LP (Enzinna, Paul) (Entered: 06/23/2014) |
| 06/27/2014 | 20 | REPLY to opposition to motion re 1 MOTION to Quash */Reply Memorandum of Points and Authorities in Further Support of Motion of Non–Party Hermitage Global Partners LP to Quash Deposition Subpoenas and to Award Fees* filed by HERMITAGE GLOBAL PARTNERS LP. (Attachments: # 1 Exhibit A)(Enzinna, Paul) (Entered: 06/27/2014) |
| 06/27/2014 | 21 | REPLY to opposition to motion re 4 MOTION to Compel filed by PREVEZON 1711 USA, LLC, PREVEZON 181 0, LLC, PREVEZON 2009 USA, LLC, PREVEZON 2011 USA, LLC, PREVEZON ALEXANDER, LLC, PREVEZON |

| | | |
|---|---|---|
| | | HOLDINGS LTD., PREVEZON PINE USA, LLC, PREVEZON SEVEN USA, LLC, PREVEZON SOHO USA, LLC. (Attachments: # 1 Declaration of Seth T. Taube, # 2 Exhibit 1 to Taube Declaration, # 3 Exhibit 2 to Taube Declaration, # 4 Exhibit 3 to Taube Declaration, # 5 Exhibit 4 to Taube Declaration, # 6 Exhibit 5 to Taube Declaration)(Clark, Kyle) (Entered: 06/27/2014) |
| 06/27/2014 | 22 | Memorandum in opposition to re 1 MOTION to Quash filed by PREVEZON 1711 USA, LLC, PREVEZON 181 0, LLC, PREVEZON 2009 USA, LLC, PREVEZON 2011 USA, LLC, PREVEZON ALEXANDER, LLC, PREVEZON HOLDINGS LTD., PREVEZON PINE USA, LLC, PREVEZON SEVEN USA, LLC, PREVEZON SOHO USA, LLC. (Attachments: # 1 Text of Proposed Order)(Clark, Kyle) (Entered: 06/27/2014) |
| 07/11/2014 | 23 | REPLY to opposition to motion re 14 MOTION to Quash filed by UNITED STATES OF AMERICA. (Smith, Micah) (Entered: 07/11/2014) |
| 08/01/2014 | 24 | NOTICE of Appearance by Vernon A.A. Cassin, III on behalf of PREVEZON 1711 USA, LLC, PREVEZON 181 0, LLC, PREVEZON 2009 USA, LLC, PREVEZON 2011 USA, LLC, PREVEZON ALEXANDER, LLC, PREVEZON HOLDINGS LTD., PREVEZON PINE USA, LLC, PREVEZON SEVEN USA, LLC, PREVEZON SOHO USA, LLC (Cassin, Vernon) (Entered: 08/01/2014) |
| 08/04/2014 | 25 | NOTICE *OF SERVICE OF RULE 45 SUBPOENA ON WILLIAM BROWDER* by PREVEZON 1711 USA, LLC, PREVEZON 181 0, LLC, PREVEZON 2009 USA, LLC, PREVEZON 2011 USA, LLC, PREVEZON ALEXANDER, LLC, PREVEZON HOLDINGS LTD., PREVEZON PINE USA, LLC, PREVEZON SEVEN USA, LLC, PREVEZON SOHO USA, LLC re 5 MOTION for Order (Clark, Kyle) (Entered: 08/04/2014) |
| 08/08/2014 | 26 | MEMORANDUM ORDER granting 5 Motion to Transfer Subpoena−Related Motions (docketed at 1 , 4 , and 14 )to the U.S. District Court for the Southern District of New York. Signed by Magistrate Judge Alan Kay on 08/08/14. (DM) (Entered: 08/08/2014) |
| 09/10/2014 | 27 | MOTION to Clarify *or Correct Order Granting Motion to Transfer Subpoena−Related Motions* by HERMITAGE GLOBAL PARTNERS LP (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Enzinna, Paul) (Entered: 09/10/2014) |
| 09/11/2014 | 28 | AMENDED MEMORANDUM ORDER granting 5 Motion to Transfer Subpoena−Related Motions ( 1 , 4 , 14 ) to the United States District Court for the Southern District of New York. This Memorandum Order is amended, at footnote 3, in response to Non−Party Hermitage Global's Motion to Clarify 27 , and otherwise remains the same as the Memorandum Order docketed at 26 . Signed by Magistrate Judge Alan Kay on 09/11/14. (DM, ) (Entered: 09/11/2014) |
| 09/11/2014 | | MINUTE ORDER granting 27 Motion to Clarify. The Court has entered an Amended Memorandum Order 28 that replaced Memorandum Order 26 and clarifies former footnote 2, which is now footnote 3. Signed by Magistrate Judge Alan Kay on 09/11/14. (DM) (Entered: 09/11/2014) |
| 09/22/2014 | | Subpoena−Related Motions ( 1 , 4 , 14 )transferred to the United States District Court for the Southern District of New York, pursuant to Court Order entered 09/11/2014. Sent to Court Electronically. (rdj) (Entered: 09/22/2014) |
| 09/22/2014 | 29 | NOTICE of Extraction of Subpoena−Related Motions ( 1 , 4 , 14 ) transferred to United States District Court for the Southern District of New York (rdj) (Entered: 09/22/2014) |